USA
Plaintiff

VS: CR04-14-01S

Marilyn Cruz
Defendant

# EXHIBIT RECEIPT

Government's exhibits 1 & 2

K Anderson
~~Attorney~~

Joan Baldwin
Deputy clerk